| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Southern__ District of __New York__ (State) |
| Case number (If known): _____  Chapter _7_ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Cambridge Analytica LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Cambridge Analytica Commercial LLC
   Cambridge Analytica Political LLC
   Anaxi Solutions Inc.

3. **Debtor's federal Employer Identification Number** (EIN)

   4 6 – 4 4 4 9 7 1 3

4. **Debtor's address**

   **Principal place of business**

   597 5th Avenue
   Number    Street

   New York        NY    10017
   City            State ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    https://cambridgeanalytica.org

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Cambridge Analytica LLC  Case number *(if known)*_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  4  1  8

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Addendum 1. _____  Relationship _____
        District _____  When _____
                                    MM / DD / YYYY
        Case number, if known _____

Debtor   Cambridge Analytica LLC    Case number *(if known)*_____
　　　　　*Name*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number　　　Street

_____
_____
City　　　　　　　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
　　Contact name _____
　　Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page **3**

Debtor  **Cambridge Analytica LLC**
       Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/17/2018
              MM / DD / YYYY

X  /s/ J. D. Wheatland         Julian Wheatland
Signature of authorized representative of debtor     Printed name

Title  Authorized Person

**18. Signature of attorney**

X  /s/                      Date  05/17/2018
Signature of attorney for debtor                   MM / DD / YYYY

Adam C. Harris
Printed name

Schulte Roth & Zabel LLP
Firm name

919 Third Avenue
Number   Street

New York        NY       10022
City              State     ZIP Code

212-756-2000         adam.harris@srz.com
Contact phone          Email address

2124105            NY
Bar number           State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CAMBRIDGE ANALYTICA LLC<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 18-_____ (___) |

**ADDENDUM 1 TO VOLUNTARY PETITION FOR
NON-INDIVIDUALS FILING FOR BANKRUPTCY**

As of the dates set forth below, each of the Debtor's affiliates listed below have a bankruptcy case or similar proceeding pending or being filed in this Court or in another court listed below (as applicable).

| **Debtor** | **Relationship to Debtor** | **District/ Court** | **Date** | **Case Number** |
|---|---|---|---|---|
| SCL USA Inc. | Affiliate | Southern District of New York | May 17, 2018 | |
| SCL Group Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003659 |
| SCL Analytics Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003697 |
| SCL Commercial Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR- 2018-003655 |

---

[1] The last four digits of the Debtor's taxpayer identification number is 9713 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

| SCL Social Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003699 |
|---|---|---|---|---|
| SCL Elections Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003656 |
| Cambridge Analytica(UK) Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003695 |

# WRITTEN CONSENT

## CAMBRIDGE ANALYTICA LLC

Dated May 17, 2018

This written consent is being delivered by the governing board (the "Board") of Cambridge Analytica LLC, a Delaware limited liability company (the "Company") and the Preferred Majority Interest (as defined in the Amended and Restated Limited Liability Company Agreement of the Company), and in accordance with the Delaware Limited Liability Company Act, do hereby adopt and approve the following resolutions:

**WHEREAS**, the Board and the holder of a Preferred Majority Interest have reviewed, considered, evaluated and, to the extent permitted, taken action with respect to strategic alternatives available to the Company in light of the Company's financial condition and liquidity, including, without limitation, the filing of a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board and the holder of a Preferred Majority Interest has determined that it is desirable, and in the best interests of the Company, its creditors, equity owners and other interested parties for the Company to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the filing by the Company of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") commencing a Chapter 7 Case (such case, the "Bankruptcy Case") be, and it hereby is, authorized and approved;

**FURTHER RESOLVED**, that Julian Wheatland or such other person or persons designated by him (each, an "Authorized Person") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under Chapter 7 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person shall determine;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized and empowered to execute and file, on behalf of the Company, all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that he may deem necessary or proper in connection with the Bankruptcy Case;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized to take, or cause to be taken, such further action, and to enter into, perform, execute and deliver, or cause to be delivered, for and in the name and on behalf of the Company, all such agreements, instruments, certificates and documents deemed necessary or appropriate in order to effectuate the purpose and intent of the foregoing resolutions (as conclusively evidenced by the taking of such action or the execution and delivery of such agreements, instruments or documents, as the case may be, by or under the direction of the Authorized Person) including, for the avoidance of doubt, to retain and employ Schulte Roth & Zabel LLP to render legal services to and to represent the Company in connection with the Bankruptcy Case and other related matters in connection therewith, and to retain and employ all assistance by other professionals or otherwise, which he may deem necessary or proper to represent, assist or consult with the Company, and all

actions heretofore taken by the Authorized Person in connection with the subject of the foregoing resolutions be, and hereby are, approved, ratified and confirmed in all respects as the act and deed of the Company;

**FURTHER RESOLVED**, that the Authorized Person hereby is authorized, directed and empowered, in the name and on behalf of the Company, to pay all such fees and expenses, as in its judgment may be necessary or appropriate to give effect to the Merger Agreement or to effectuate the intent and accomplish the purposes of the foregoing resolutions, and the payment of any such fees and expenses in connection with the foregoing matters, shall conclusively establish its authority therefor from the Company; and

**FURTHER RESOLVED**, that any acts of the Authorized Person which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, be, and each such act hereby is, severally ratified, confirmed, approved and adopted as an act in the name and on behalf of the Company.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date and year first written above.

The Board:

_____
Rebekah Mercer

_____
Jennifer Mercer

The Preferred Majority Interest:

CAMBRIDGE ANALYTICA HOLDINGS LLC

By: _____
Name: Jennifer Mercer
Title:    Authorized Signatory

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District Of New York

**In re**    CAMBRIDGE ANALYTICA LLC

Case No. _____

**Debtor**

Chapter 7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 30,000.00_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 30,000.00_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0_____

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)    **Emerdata Limited**

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☑ Other (specify)    **Emerdata Limited**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case:

   a. Rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions, any litigation or any adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 05/17/2018 | /s/ Adam C. Harris |
|---|---|
| Date | Signature of Attorney |
|  | Schulte Roth & Zabel LLP |
|  | Name of law firm |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CAMBRIDGE ANALYTICA LLC<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 18-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Local Bankruptcy Rule for the Southern District of New York 1007-3, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for Cambridge Analytica LLC (the "Company") certifies that the following are entities, other than the Company or a governmental unit, that directly or indirectly own 10% or more of any class of the Company's equity interests:

| **Entity** | **Address** | **Ownership** |
|---|---|---|
| Emerdata Limited | C/o Pkf Littlejohn 2nd Floor<br>1 Westferry Circus<br>Canary Wharf<br>London<br>United Kingdom<br>E14 4HD | 89.5% direct interest<br><br>10.5% indirect interest |
| SCL Elections Limited | C/o Pkf Littlejohn 2nd Floor<br>1 Westferry Circus<br>Canary Wharf<br>London<br>United Kingdom<br>E14 4HD | 10.5% direct interest |
| SCL Analytics Limited | C/o Pkf Littlejohn 2nd Floor<br>1 Westferry Circus<br>Canary Wharf<br>London<br>United Kingdom<br>E14 4HD | 10.5% indirect interest |
| SCL Group Limited | C/o Pkf Littlejohn 2nd Floor<br>1 Westferry Circus<br>Canary Wharf<br>London<br>United Kingdom<br>E14 4HD | 10.5% indirect interest |

---

[1] The last four digits of the Debtor's taxpayer identification number is 9713 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

| | | |
|---|---|---|
| Cambridge Analytica Holdings LLC | C/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | 69.9% indirect interest |
| Alexander Nix | 12 St. James's Square London United Kingdom SW1Y 4RB | 10.8% indirect interest |

Date: <u>May 17, 2018</u>      <u>        /s/ *Julian Wheatland*         </u>
                                                        Authorized Person

**Fill in this information to identify the case and this filing:**

Debtor Name: Cambridge Analytica LLC

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/17/2018
MM / DD / YYYY

✗ Authorized Person
Signature of individual signing on behalf of debtor

Adam C. Harris
Printed name

Authorized Person
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CAMBRIDGE ANALYTICA LLC | Case No. 18-_____ (___) |
| Debtor.[1] | |

**VERIFICATION OF CREDITOR MATRIX**

I, the Authorized Person for the debtor in the above-captioned case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date: May 17, 2018                         /s/ *Julian Wheatland*
                                            Authorized Person

---

[1] The last four digits of the Debtor's taxpayer identification number is 9713 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

```
Blackberry Corporation
3001 Bishop Drive, Suite 400
San Ramon, CA 94583

Comcast
PO Box 37601
Philadelphia, PA 19101

Connecticut Office of the Attorney General
55 Elm Street
Hartford CT, 06106

Daston Corporation
2010 Corporate Ridge
#165
McLean, VA 22102

Datawatch Systems
4401 East West Highway
Suite 500
Bethesda, MD 20814

Deltek Inc
159 W 53rd St
New York, NY 10019

Deltek Inc
PO Box 79581
Baltimore, MD 21279

Elliott M. Sibers
The Attorney General of New Jersey
New Jersey Division of Consumer Affairs
124 Halsey St., 5th Floor, PO Box 45029
Newark, NJ 07101

Hotaling Property & Casualty LLC
125 Park Avenue
New York, NY 10017

Jeff S. Jordan
Federal Election Commission
1050 First Street, NE
Washington, DC 20463

Jordan O'Hara et al.
c/o Cost Law Group LLP
1140 South Coast Hwy 101
```

Encinitas, CA 92024

Jordan O'Hara et al.
c/o Cuneo Gilbert & Laduca, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016

Jordan O'Hara et al.
c/o Blood Hurst & O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Kent S. Ray
Cook County State's Attorney's Office
69 West Washington St., Suite 3130
Chicago, IL 60602

LAZ Mid-Atlantic Inc
PO Box 759311
Baltimore, MD 21275

LAZ Parking
1125 15th Street, NW
Suite 400
Washington, DC 20005

Jonathan J. Blake
Assistant Attorney General
Office of the Attorney General, State of Connecticut
110 Sherman Street
Hartford, CT 06105

Mathew Meyhofer
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

Mountain Valley Water
10985 Guilford Road
Annapolis Junction, MD 20701

Netvigour Inc
PO Box 86
Forest Hill, MD 21050

NET VIGOUR
P.O. Box 86
Forest Hill, MD 21050

```
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1518

Oracle America Inc
500 Oracle Parkway
Redwood Shores, CA 94065

Paychex Business Services LLC
970 Lake Carillon Drive
Suite 400
St. Petersburg, FL 33716

Presidential Tower Property LLC
Beacon Capital Partners, LLC
200 State Street
5th Floor
Boston, MA 02109

SCL Elections Limited
C/o Pkf Littlejohn 2nd Floor
1 Westferry Circus
Canary Wharf, London, E14 HD
United Kingdom

SCL USA Inc.
597 5th Avenue
New York, NY 10017

Taylor Picha
c/o Morris Sullivan & Lemkul LLP
9915 Mira Mesa Blvd., Suite 300
San Diego, CA 92131

Ted A. Berkowitz
Assistant Attorney General
NYS Office of the Attorney General
28 Liberty Street
New York, NY 10005

The District Communications Group, LLC
216 12th Street SE,
Washington, DC 20003

The Honorable John Thune
United States Senate Commerce Committee
```

```
405 Hart Senate Building
Washington, DC 20510

Todd Bigelow
c/o Norwick, Schad & Goering
110 East 59th Street
New York, NY 10022

Verizon Wireless
Po Box 25505
Lehigh Valley, PA 18002
```