**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal
Dylan Cassidy
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035
Email: mrosenthal@gibsondunn.com
         dcassidy@gibsondunn.com

*COUNSEL TO FACEBOOK, INC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CAMBRIDGE ANALYTICA LLC<br><br>                    Debtor. | Chapter 7<br><br>Case No. 18-11500 (SHL) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to Facebook, Inc., ("Facebook") pursuant to section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in this chapter 7 case (the "Chapter 7 Case"), and all papers served or required to be served in the Chapter 7 Case, be given and served upon:

   Michael A. Rosenthal
   Dylan Cassidy
   Gibson, Dunn & Crutcher LLP
   200 Park Avenue
   New York, New York 10166
   Tel:  (212) 351-4000
   Fax:  (212) 351-4035
   Email: mrosenthal@gibsondunn.com
            dcassidy@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 7 Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered in the Chapter 7 Case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any earlier or later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 7 Case is intended to or shall be deemed or construed as (a) a consent by Facebook or its affiliates to the jurisdiction of this Court or any other court with respect to any proceedings involving or affecting Facebook; (b) a waiver of any rights of Facebook to (i) have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 7 Case or any case, controversy, or proceeding related or connected to, or arising from, any aspect of the Chapter 7 Case, or (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (c) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Facebook is or may be entitled, either in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 23, 2018

        Respectfully submitted,

        /s/ Michael A. Rosenthal
        Michael A. Rosenthal
        Dylan Cassidy
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, New York 10166
        Tel: (212) 351-4000
        Fax: (212) 351-4035

        *COUNSEL TO FACEBOOK, INC.*