**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CAMBRIDGE ANALYTICA LLC | Case No. 18-11500 (SHL) |
| Debtor.[1] | |

**VERIFICATION OF AMENDED CREDITOR MATRIX**

   I, the Authorized Person for the Debtor in the above-captioned case, hereby verify that the attached amended list of creditors (which includes creditors from the creditor matrix filed with the Debtor's voluntary petition and amendments thereto, and additional creditors) is true and correct to the best of my knowledge.

Date: <u>May 25, 2018</u>              <u> */s/ Julian Wheatland* </u>
                                  Authorized Person

---

[1] The last four digits of the Debtor's taxpayer identification number is 9713 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

A&D Pharma Holdings N.V.
Martinus Nijhofflaan 2
Delft, 2624 ES
Netherlands

ABN AMRO Bank N.V.
Gustav Mahlerlaan 10
Amsterdam, 1082 PP
Netherlands

American Water Resources, LLC
1025 Laural Oak Rd
Voorhees, NJ 08043

Anthony Lacavaro
317 Prospect Ave
Brooklyn, NY 11215

Aqua Carpatica
500 North Michigan Avenue, Suite 2220
Chicago, IL 60611

Bambu Systems LLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119

BASIS Educational Ventures
7975 N Hayden Rd.
Scottsdale, AZ 85258

BB Dakota Inc.
1638 Pomona Avenue
Costa Mesa, CA 92627

BD&J, PC
9701 Wilshire Boulevard, 12th Fl
Beverly Hills, CA 90212

Beroe Holdings Inc
338 Raleigh Street
Holly Springs, NC 27540

Blackberry Corporation
3001 Bishop Drive, Suite 400
San Ramon, CA 94583

Bremont Watch Company Ltd
The Sawmill, Marlow Road
Henley on Thames
Oxon RG9 3AQ

Bryant Stukes
3709 S George Mason Drive, #1605E
Falls Church, VA 22041

Chris Dailey
555 Massachusetts Avenue, NW
Washington, DC 20001

Chris Naler
12720 Bella Roma Drive
Fort Worth, TX 76126

Christine Crump
11872 Saint Trinians Court
Reston, VA 20191

Citadel Security Agency
419 Lafayette Street
New York, NY 10003

City National Bank
Attn: Angela Rubi
400 North Roxbury Drive, 3rd Floor
Beverly Hills, CA 90210

Comcast
PO Box 37601
Philadelphia, PA 19101

Connecticut Office of the Attorney General
55 Elm Street
Hartford CT, 06106

Cora Han
Federal Trade Commission
Division of Privacy and Identity Protection
600 Pennsylvania Ave, NW
Washington, DC 20580

CRTV LLC
1930 Village Center Circle 3-868
Las Vegas, NV 89134

Culture of Freedom Initiative
1120 20th St, NW, Suite 550S
Washington, DC 20036

Daston Corporation
2010 Corporate Ridge
#165
McLean, VA 22102

Datawatch Systems
4401 East West Highway
Suite 500
Bethesda, MD 20814

DC Office of Tax and Revenue
1101 4th St, SW, #270
Washington, DC 20024

De Lage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Deltek Inc
159 W 53rd St
New York, NY 10019

Deltek Inc
PO Box 79581
Baltimore, MD 21279

Dermalogica LLC
1535 Beachey Place
Carson, CA 90746

Diamond Foundry, Inc.
965 Terminal Way
San Carlos CA 94070

Direct Care Inc.
6520 New Utrecht Ave
Brooklyn, NY 11219

Dorchester Collection
Sixth Floor East, Lansdowne House
57 Berkeley Square
Mayfair, London, W1J 6ER
United Kingdom

3

Electrolift Creative
75 West Street, Suite 2A
New York, NY 10006

Elliot M. Sibers
The Attorney General of New Jersey
New Jersey Division of Consumer Affairs
124 Halsey St., 5th Floor, PO Box 45029
Newark, NJ 07101

Emerdata Limited
C/o Pkf Littlejohn 2nd Floor
1 Westferry Circus
Canary Wharf, London, E14 4HD
United Kingdom

Evan Hoffman
4582 S. Ulster St, Ste 1100
Denver, CO 80237

Eviivo Ltd
Grimaldi Building, 154A Pentonville Rd
Kings Cross, London N1 9JE
United Kingdom

Freemark LLP
8383 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90211

Gary Richardson for Governor 2018
7335 S Lewis
Tulsa, OK 74136

Grier Hoyt, Esq.
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814

Hank Bates, Allen Camey, David Slade
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201

Hiscox Connect Limited c/o Direct Asia (Thailand) Co.Ltd
C/O Direct Asia Insurance (Singapore) Pte Ltd
1 Great Saint Helen's
London, EC3A 6HX
United Kingdom

4

HISCOX USA
711 Westchester Avenue, SUITE 402
White Plains, NY 10604

Hotaling Property & Casualty LLC
125 Park Avenue
New York, NY 10017

Hon. Rod J. Rosenstein
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Jason Scott Hartley
Stueve Siegel Hanson, LLP
550 West C Street, Suite 1750
San Diego, CA 92101

Jason Van Beek
Senate Intelligence Committee
United States Senate
Washington, DC 20510-6125

Jeff S. Jordan
Federal Election Commission
1050 First Street, NE
Washington, DC 20463

Jim Christiana for Senate
PO Box 460
Beaver, PA 15009

John Burkhardt
320 23rd St South, Apt 523
Arlington, VA 22202

John A. Yanchunis, Esq.
Morgan and Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

5

Jordan O'Hara et al.
c/o Cost Law Group LLP
1140 South Coast Hwy 101
Encinitas, CA 92024

Jordan O'Hara et al.
c/o Cuneo Gilbert & Laduca, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016

Jordan O'Hara et al.
c/o Blood Hurst & O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Joseph Scott Davidson, James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

Josh Weeresinghe
910 M St. NW, #420
Washington DC, 20001

Joshua Haakon Watson
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825

Joshua S. Lipshutz
Gibson Dunn & Crutcher
1050 Connecticut Avenue, NW
Washington, D.C. 20036

JP Morgan Chase Bank N.A.
Attn: Brittany Kolasinski
2 Pennsylvania Plaza
New York, NY 10001

Jonathan J. Blake
Assistant Attorney General
Office of the Attorney General, State of Connecticut
110 Sherman Street
Hartford, CT 06105

Kelly Sullivan
2102 Arlington Boulevard, Apt 517
Charlottesville, VA 22903

6

Kent S. Ray
Cook County State's Attorney's Office
69 West Washington St., Suite 3130
Chicago, IL 60602

Kerri Weir
1632 30th St., NW, #3
Washington, DC 20007

Kristin A. Linsley, Brian M. Lutz
Gibson Dunn & Crutcher
555 Mission Street, Suite 300
San Francisco, CA 94105

Kyle Thomas
47 1/2 East 1st Street, Apt 4R
New York, NY 10003

LAZ Mid-Atlantic Inc
PO Box 759311
Baltimore, MD 21275

LAZ Parking
1125 15th Street, NW, Suite 400
Washington, DC 20005

Living Communications, Inc.
6430 Sunset Blvd. Suite 1205
Los Angeles, CA 90028

Malins Chambers
115 Temple Chambers
3-7 Temple Avenue
London, EC4Y 0DA
United Kingdom

Mathew Meyhofer
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

Matthijsen, Inc.
57 West 38th St, 12th Floor
New York, NY 10018

Mead Johnson Nutrition
2843 E. Grand River #262
East Lansing, MI 48823

7

Michael A. Rosenthal
Dylan Cassidy
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166

Michael W. Sobol, David T. Rudolph, Melissa Gardner
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Milbank Tweed Hadley & McCloy
28 Liberty Plaza
New York, NY 10005

Mountain Valley Water
10985 Guilford Road
Annapolis Junction, MD 20701

Netvigour Inc.
PO Box 86
Forest Hill, MD 21050

Nicholas A. Carlin
Phillips Erlewine Given & Carlin LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129

NYC Department of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007

NYS Department of Taxation and Finance
ATTN: Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227

NYU Langone Medical Center
One Park Avenue, 5th Floor
New York, NY 10016

OakNorth Bank Ltd
6th Floor, Nightingale House, 65 Curzon Street
London, W1J 8PE
United Kingdom

8

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1518

Oracle America Inc
500 Oracle Parkway
Redwood Shores, CA 94065

Orin Snyder
Gibson Dunn & Crutcher
200 Park Avenue
New York, N.Y. 10166

Paychex Business Services LLC
970 Lake Carillon Drive, Suite 400
St. Petersburg, FL 33716

Phenomen UK Limited
6th Floor, Nightingale House, 65 Curzon Street
London, W1J 8PE
United Kingdom

Playtika Ltd
8 Hachoslim Street
PO Box 12625
Herziliya, Pituach 4672408
Israel

Primera Air Nordic
Gunara Astras Street, 1C
Riga, Latvia 1084

Progrexion Marketing Inc.
257 East South, Suite 1200
Salt Lake City, UT 84111

Project Associates UK Ltd
235 Old Marylebone Road
London, NW1 5QT UK
United Kingdom

Relationship Enrichment Collaborative
817 Pearl Street
Boulder, CO 80302

Robert Mennell
4200 N Carlin Springs Road, #405
Arlington, VA 22203

9

```
Rod Foster
401 Leisure Way
Richmond, KY 40475

Rothschild Wealth Management (UK) Ltd
New Court
St. Swithwin's Lane
London, EC4N 8AL
United Kingdom

SCL Analytics Limited (In Administration)
C/o PKF Littlejohn, 2nd Floor
1 Westferry Circus
Canary Wharf, London, E14 4HD
United Kingdom

SCL Analytics Limited (In Administration)
C/o Vince Green, Joint Administrator
Crowe Clark Whitehill LLP
Riverside House, 40-46 High Street
Maidstone, Kent ME14 1JH

SCL Commercial Limited (In Administration)
C/o PKF Littlejohn, 2nd Floor
1 Westferry Circus
Canary Wharf, London, E14 4HD
United Kingdom

SCL Commercial Limited (In Administration)
C/o Vince Green, Joint Administrator
Crowe Clark Whitehill LLP
Riverside House, 40-46 High Street
Maidstone, Kent ME14 1JH

SCL Elections Limited
C/o Pkf Littlejohn 2nd Floor
1 Westferry Circus
Canary Wharf, London, E14 HD
United Kingdom

SCL USA Inc.
597 5th Avenue
New York, NY 10017

SCL USA Inc.
C/o Salvatore LaMonica, Trustee
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
```

SCL Insight Limited
C/o PKF Littlejohn, 2nd Floor
1 Westferry Circus
Canary Wharf, London, E14 4HD
United Kingdom

SeaDream Yacht Club
601 Brickell Key Drive
Miami, FL 33131

Shanghai Shenda II LLC, DBA ECI New York
512 7th Avenue, 11th Floor
New York, NY 10018

Shore Chan DePumpo
901 Main Street
Dallas, TX 75202

Steven William Teppler
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

Taylor Picha
c/o Morris Sullivan & Lemkul LLP
9915 Mira Mesa Blvd., Suite 300
San Diego, CA 92131

Ted A. Berkowitz
Assistant Attorney General
NYS Office of the Attorney General
28 Liberty Street
New York, NY 10005

The District Communications Group, LLC
216 12th Street, SE,
Washington, DC 20003

The Honorable John Thune
United States Senate Commerce Committee
405 Hart Senate Building
Washington, DC 20510

The Oxford Center for Entrepreneurs
1266 West Paces Ferry Road
Atlanta, GA 30327

The USA Exchange
2033 Main Street
Sarasota, FL 34237

11

Todd Bigelow
c/o Norwick, Schad & Goering
110 East 59th Street
New York, NY 10022

Todd E. Phillips
Caplin & Drysdsale
One Thomas Circle, NW
Washington, DC 20005

Paul S. Ryan
Vice President, Policy and Litigation
Common Cause
805 Fifteenth Street, NW, Suite 800
Washington, DC 20005

Todd David Carpenter
Carlson Lynch Sweet Kilpela & Carpenter LLP
1350 Columbia Street, Suite 603
San Diego, CA 92101

Travellers
Arnfield Harrison Thomas
20 King Street
Leesburg, VA 20175

VA Department of Taxation
P.O. Box 1115
Richmond, VA 23218

Verizon Wireless
Po Box 25505
Lehigh Valley, PA 18002

Velocity Mobile Ltd
1 Stephen Street
London, W1T 1AL
United Kingdom

VIGA
Wool Yard
54 Bermondsey Street
London, SE1 3UD
United Kingdom

Virginia Hospital & Healthcare Association
4200 Innslake Drive
Glen Allen, VA 23060

William Craft Hughes
Hughes Ellzey, LLP
Galleria Tower I
2700 Post Oak Blvd, Ste 1120
Houston, TX 77056

13