**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CAMBRIDGE ANALYTICA LLC | Case No. 18-11500 (SHL) |
| Debtor. [1] | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## CAMBRIDGE ANALYTICA LLC (18-11500)

---

[1] The last four digits of the Debtor's taxpayer identification number is 9713 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

## GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor (the "**Debtor**") is filing its Schedules of Assets and Liabilities (each a "**Schedule**" and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**SOFA**" and collectively, the "**Statements**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"). These *Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs*, including the specific notes set forth below with respect to the Schedules and Statement (collectively, the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements and sub-Statements, exhibits and continuation sheets, and should be referred to and reviewed in connection with any review of the Schedules and Statements. Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules, Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of the Debtor.**

The Debtors' management prepared the Schedules and Statements with the assistance of its advisors. The Schedules and Statements are unaudited. In addition, several of the computer servers (the "**Servers**") containing the vast majority of the Debtor's financial and other records that were located and maintained at the London offices of the Debtor's affiliates in the United Kingdom (the "**UK**") that are currently in administration proceedings in the UK, were seized by

the Information Commissioner's Office of the UK (the "**ICO**") on or about March 23, 2018. Despite its efforts, the Debtor has been unable to obtain the Servers from the ICO.  Without access to the records and information contained on the Servers, the Debtor's ability to provide complete and accurate Statements and Schedules has been significantly inhibited.   The Debtor's management and advisors have made every reasonable effort to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances based on the information that was available to them at the time of preparation; however, subsequent information or discovery may result in material changes to the Schedules and Statement and inadvertent errors or omissions may exist or have occurred.  For the foregoing reasons, including the lack of access to necessary financial and other records and the fact that the Schedules and Statements contain unaudited information, which is subject to further review, verification and potential adjustment, there can be no assurance that the Schedules and Statements are accurate and/or complete.  The Debtor may, but shall not be required to, update the Schedules and Statement as a result of the discovery of any errors or omission or new information.

The Debtor has made reasonable efforts to, among other things, identify, disclose, characterize, classify, categorize and/or designate the claims, assets, liabilities, obligations, transfers, payments, income, executory contracts, unexpired leases and other items reported in the Schedules and Statements correctly.  However, as discussed herein, given the lack of access to the Servers and the records and information contained therein pertaining to the Debtor, the Debtor may not have identified and included all of the information required by the Statements and Schedules and may have improperly characterized, classified, categorized and/or designated one or more of the items on the Statements and/or Schedules.  In addition, certain items reported in the Schedules and Statements could be included in more than one category.  In those instances, one

category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

The Debtor reserves all rights to amend the Schedules, Statements and the Global Notes from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offset or defenses to any claim reflected on the Schedules and Statement as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements or the Global Notes shall constitute an admission or waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, with respect to any issues involving any causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

1. **Description of the Cases**. On May 17, 2018 (the "**Petition Date**"), the Debtor commenced a voluntary case under chapter 7 of the Bankruptcy Code before this Court (the "**Bankruptcy Court**"). On May 7, 2018, Salvatore LaMonica was appointed as the chapter 7 Trustee (the "**Chapter 7 Trustee**").

2. **Methodology and Limitations**.

   a. **Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of the Petition Dates.

   b. **Basis of Presentation**. The Schedules and Statement do not purport to represent a financial statement prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statement of the Debtor. Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

   c. **Confidential Information**. In certain limited instances in the Schedules and Statement, the Debtor has deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. The Debtor have generally used this approach because of an agreement between the Debtor and a third

party, concerns of confidentiality, or concerns for the privacy of an individual. Copies of the unredacted information will be provided to the Chapter 7 Trustee, the Office of the United States Trustee for the Southern District of New York, and any parties in interest who have a reasonable basis for review of such information.

d.   **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

e.   **Net Book Value of Assets**. The Debtor does not have current market valuations for its assets. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtor to obtain current market valuations for its assets. Wherever possible or available based on the information that was in the Debtor's possession, unaudited net book values as of the Petition Date are presented. When necessary, the Debtor has indicated that the value of certain assets is "Unknown". Amounts ultimately realized may vary materially from net book value (or whatever value was or may be ascribed). Accordingly, the Debtor reserves all rights to amend, supplement, or adjust the asset values set forth in the Schedules and Statement.

f.   **Unknown Amounts**. The description of an amount as "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the course of the chapter 7 case.

g.   **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts based on information available to the Debtor. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed totals.

h.   **Liabilities**. Unless otherwise indicated, all liabilities are listed as of the Petition Date. Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown". Accordingly, the Schedules and Statements may not equal the aggregate value of the Debtor's total liabilities as noted on any previously issued finance statements.

i.   **Contingent Assets and Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third

parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all of their rights with respect to any claims, causes of action, or avoidance actions it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims. The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) tax sharing agreements, (iv) warranties, (v) operational and servicing agreements, (vi) shared service agreements and (vii) other arrangements.

j.    **Currency**. All amounts shown in the Schedules and Statement are in U.S. Dollars, unless otherwise indicated.

k.    **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

l.    **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed totals.

m.    **Asset Presentation and Valuations**. The Debtor's assets are presented at values consistent with their books and records to which the Debtor has access. Generally speaking, for assets that are valued at fair value or the lower of cost or fair value, the Debtor valued these assets using modeling techniques currently used in the industry and uses market based information to the extent possible in these valuations. These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique. As it would be prohibitively expense and an inefficient use of estate assets for the Debtor to obtain current economic valuations for all of its assets, the carrying value on the Debtor's books, rather than current economic values is reflected on

the Schedules and Statements.

n. **Intercompany Transfers**. The listing in the Schedules or Statement by the Debtor of any obligation between a Debtor and another Debtor or non-Debtor affiliate is a statement of what appears in the Debtor's books and records that are available to the Debtor, and does not reflect any admission or conclusion of the Debtor regarding whether such amount should be allowed as a claim or how such obligations may be classified and/or characterized by the Bankruptcy Court or otherwise. Moreover, given the Debtor's lack of access to the Servers containing relevant records and information, the Statements and Schedules may not include a complete or accurate information regarding the intercompany transactions between the Debtor and any affiliate of the Debtor. To the extent the Debtor is able to regain access to the Servers and reconcile the information contained therein related to intercompany transactions, the Debtor may amend the relevant Schedules and Statements accordingly.

o. **Setoff**. Prior to the Petition Dates, and in the ordinary course of their businesses, the Debtor may have incurred setoffs in connection with, among other things, intercompany and third-party transactions. Unless otherwise stated, to the extent any setoffs were incurred in the ordinary course or under customary practices, they are not listed in the Schedules and Statements and the Debtor has not intentionally offset amounts listed on Schedules A/B, D or E/F. Nonetheless, some amounts listed may have been affected by setoffs of which the Debtor is are not yet aware. The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

a. **Insiders**. For purposes of the Schedules and Statements, the Debtor has listed its officers and directors to the extent available based on current records available to the Debtor.[2] Further, for purposes of the Schedules and Statements, the Debtor defines insiders (in accordance with in section 101(31) of the Bankruptcy Code) as the Debtor's (a) current and former directors; (b) current and former senior level officers; (c) persons in control of the Debtor; (d) relatives of each of the foregoing; (e) affiliates of the Debtor, including equity holders holding 20% or more of the Debtor' voting securities and corporations of which the Debtor (or their major equity holders) hold 20% or more of voting securities; and (f) insiders of such affiliates, all to the extent known to the Debtor (each, an "**Insider**"). Persons listed as Insiders have been included

---

[2] On April 27, 2018, Anaxi Solutions Inc., a former subsidiary of the Debtor, merged with the Debtor, leaving the Debtor as the surviving entity. Accordingly, for purposes of the Schedules and Statements, the Debtor has only listed its officers and directors (and made the necessary disclosures relating thereto) and not of any entity that was merged into the Debtor prior to the Petition Date.

for information purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

3.  **Debtor's Reservation of Rights**. Nothing contained in the Schedules, Statements, or the Global Notes shall constitute an admission or waiver of rights with respect to this chapter 7 case, including, without limitation, any issues involving equitable subordination, characterization or recharacterization of contracts or claims, assumption or rejection of executory contracts or unexpired leases under the provisions of chapter 3 of the Bankruptcy Code and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any applicable non-bankruptcy laws to recover assets or avoid transfers.

    a.  Any failure to designate a claim listed on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims, or defenses to any claim reflected on its Schedules as to the nature, amount, liability, status, classification, or to amend the Schedules and Statement to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

    b.  Listing a claim on the Schedules as "secured", "priority", or "unsecured priority", or listing a contract or lease as "executory" or "unexpired", does not constitute an admission by the Debtor of the legal rights of the claimant and/or a contractual counterparty, or a waiver of the Debtor's rights to reclassify or recharacterize such claim or contract. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. The Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

    c.  The inclusion on Schedule D of any creditors that have asserted liens against the Debtors is not an acknowledgement of the validity, extent or priority of any such liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground

8

whatsoever. Reference to the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors. It is not the Debtor's intent that Schedules be construed to supersede any orders entered by the Bankruptcy Court.

a.  Although the Debtor has made reasonable efforts to ensure the accuracy of its Schedules and Statements, inadvertent errors, omissions, or inclusions may have occurred. The Debtor reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on the Schedules and Statements and to amend further or supplement the Schedules and Statement as necessary.

b.  The Debtor further reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The placing of a contract or lease onto the Schedules shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. The Debtor expressly reserves the right to assert that any contract listed on the Schedules does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code.

c.  The Debtor used its reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments and other agreements. Where such Guarantees have been identified, they are included in the relevant schedule. The Debtor placed Guaranty obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other agreements may have been inadvertently omitted. Thus, the Debtor reserves its rights to amend or supplement the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right to amend the Schedules and Statement to recharacterize or reclassify any such contract or claim.

d.  In the ordinary course of business, the Debtor leased facilities and/or

equipment from certain third-party lessors for its use in its daily operations. Any such leases are set forth in Schedule G. The property subject to any of such leases is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtor. Neither is the property subject to any such leases reflected in the Statements as property or assets of third-parties within the control of the Debtor. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any such issues.

### Specific Notes Regarding the Debtor's Schedules of Assets and Liabilities

In addition to the foregoing, the following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

1. **Schedule A/B**.

   a. **Generally**. To the extent a line item pertaining to the Debtor's assets indicates a value of "$0.00," Debtor notes that such amount is either "unknown" or "undetermined" and such "$0.00" designation does not constitute an admission that assets are, in fact, valued at "$0.00." Because certain assets or liabilities are noted as "$0.00," summary line items in Schedule A/B reflect totals that may be less than the ultimate value of such assets or liabilities. Furthermore, due to the seizure of the Servers by the ICO, the Debtor has been unable to quantify the value of certain assets included on Schedule A/B, including its office furniture, fixtures, and equipment.

   b. **Schedule A/B, Items 1-9**. Unless otherwise noted, the amounts shown are based on closing account balances or amounts on deposit/prepaid as of the Petition Date.

   c. **Schedule A/B, Item 38.** The value of office furniture, fixtures, equipment and collectibles is unknown on a per item basis because the asset register was seized by the ICO. The net book value of all fixed assets has been discounted by seventy (70%) percent to estimate a current total value.

   d. **Schedule A/B, Items 60-64**. The omission of any patent, trademark, copyright, trade secret or other intellectual property from Schedule A/B Items 60-64 does not constitute a waiver of any such patent, trademark, copyright, trade secret or other intellectual property.

e.  **Schedule A/B, Item 72**. The omission of any tax refund or net operating loss from Schedule A/B Item 72 does not constitute a waiver of any tax refund or net operating loss.

f.  **Schedule A/B, Items 74 and 75**. The omission of any counterclaim, claim, or cause of action from Schedule A/B Items 74 and 75 does not constitute a waiver of any such counterclaim, claim, or cause of action. As previously described, to the extent a line item pertaining to the Debtor's assets indicates a value of "$0.00," the Debtor notes that such amount is either "unknown" or "undetermined" and such "$0.00" designation does not constitute an admission that assets are, in fact, valued at "$0.00."

2.  **Schedule D**.

a.  Based on the information currently available to the Debtor, the Debtor does not believe that there are any creditors with secured claims against the Debtor.  To the extent the Debtor discovers that any such claims exist, the Debtor may amend the Schedule D accordingly to reflect such claims.

b.

c.  Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits may not have been listed on Schedule D.

d.  The Debtor reserves all of its rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreement should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant, deemed a modification or interpretation of the terms of such agreements, or considered a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

e.  Moreover, the Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

f.  Except as otherwise agreed or ordered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor of the Debtor. Moreover, the Debtor reserves all of its rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such

transaction or any document or instrument related to such creditor's claim.

3. **Schedule H**

    a. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

    b. In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed and/or unliquidated, such claims have not been set forth individually on Schedule H.

4. **Schedule E/F**

    a. The Debtor has used reasonable efforts to report all unsecured claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records that were in Debtor's possession or to which the Debtor had access as of the Petition Date. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of the date that each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive. Additionally, due to the seizure of the Servers by the ICO, the Debtor has been unable determine the precise date that certain of the claims set forth on Schedule E/F arose. Therefore, while the Debtor does not list a date for each claim listed on Schedule E/F, to the best of the Debtor's knowledge, all claims listed on Schedule E/F have arisen or were incurred before the Petition Date.

    b. The Debtor reserves the right to assert any such claims are contingent, unliquidated and/or disputed, as applicable.

    c. The Debtor reserves the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under section 507 of the Bankruptcy Code and thus constitutes an unsecured

nonpriority claim.

d.    Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtor has made reasonable efforts to include as contingent, unliquidated and/or disputed the claim of any party not included on the Debtor's open accounts payable that is associated with an account that has accrual or receipt not invoiced.

e.    The claims of individual creditors may not reflect credits and/or allowances due from creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs with respect to same.

f.    Schedule E/F does not include pending litigations or legal actions involving the Debtor. However, these are reflected in response to Question 7 in the Statements. In all instances, the amount that is the subject of the litigation is uncertain or undetermined. The Debtors believe that the amount of any potential claims associated with any such pending litigation is contingent, unliquidated, and disputed. The inclusion of any litigation in the Statements or otherwise does not constitute an admission of liability alleged in such litigation.

g.    To the extent they are known, Schedule E/F represents the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

5.    **Schedule G**.

Although the Debtor's existing records and information systems to which the Debtor has access have been relied upon to identify and schedule executory contracts and unexpired leases and reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor reserves all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements and leases listed therein may have expired or been modified, amended, or supplemented from time to time

by various amendments, restatement, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements which may not be listed therein. Moreover, due to the seizure of the Servers by the ICO, the Debtor may not have access to all of its contracts and leases and the Schedules and Statements reflect only the contracts and leases to which the Debtor has access.

a. The presence of a contract or agreement on Schedule G does not constitute an admission as to the existence, validity or enforceability of the contract or agreement, or that such contract or agreement is an executory contract or unexpired lease, and the omission of a contract or agreement from Schedule G does not constitute an admission that a contract or agreement does not exist. The Debtor reserves all rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute.

### **Specific Notes Regarding the Debtor's Statement of Financial Affairs**

1. **Statement Question 1.** The Debtor has used reasonable efforts to state the revenue correctly without having access to full records due to the ICO's seizure of the Servers containing the relevant records and information reflecting such information.

2. **Statement Questions 3 and 4**. Due to the seizure of the Servers by the ICO, for purposes of Questions 3 and 4 the Debtor has listed those payments and transfers based on the records to which it has access. There may be other payments and transfers made to parties or during the periods reflected in these questions that are not reflected in the responses thereto because the Debtor does not have access to the relevant records and information to identify such payments and transfers.

3. **Statement Question 7**. The Debtor has made reasonable best efforts to identity all current pending litigation, investigation and other legal actions involving the Debtor. However, certain omissions may have occurred. The inclusion of any legal action in this question does not constitute an admission by the Debtor of any liability, the validity of any litigation or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

4. **Statement Question 25**. As noted herein, prior to the Petition Date, on April 27, 2018, the former subsidiaries of the Debtor, Anaxi Solutions Inc., Cambridge Analytica Political LLC and Cambridge Analytical Commercial

LLC, were merged with the Debtor, with the Debtor remaining as the surviving entity, and, therefore, these entities no longer exist and the Debtor had no subsidiaries as of the Petition Date. Nevertheless, out of an abundance of caution the Debtor has listed these entities as entities in which it had an interest.

5. **<u>Statement Questions 28 and 29</u>**. The Debtor has made reasonable best efforts to list the known current and former officers and directors of the Debtor on a review of available books and records and other available information which may not be complete and updated as of the Petition Date. In addition, give the seizure of the Servers and the relevant records contained therein, the Debtor does not have access to the information necessary to provide a complete response to these questions. As such, there may be inadvertent errors or omissions for the Statement in Questions 28 and 29 due to these limitations.

**Fill in this information to identify the case:**

Debtor name ___ Cambridge Analytica LLC _____

United States Bankruptcy Court for the: ___ Southern ___ District of ___ New York
(State)

Case number (If known): ___ 18-11500 ___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................

   $ Unknown

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................

   $ 465,412.56

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................

   $ 465,412.56

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................

   $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................................

   + $ 8,789,291.89

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b

   $ 8,789,291.89

**Fill in this information to identify the case:**

Debtor name   Cambridge Analytica LLC

United States Bankruptcy Court for the: Southern   District of   New York
(State)

Case number (If known):   18-11500

☐ Check if this is an amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                      $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Schedule A/B: Part 1, Question 3 Attachment | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 1,503.08

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Lease deposit held by Presidential Tower Property LLC | $ 10,392.19 |
|---|---|
| 7.2. _____ | $_____ |

Debtor ___Cambridge Analytica LLC_____    Case number *(if known)*___18-11500_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Comcast Business _____    $846.56

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $11,238.75

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | $40,984.46 | – $9,784.46 | = ........→ | $31,200.00 |
| 11b. Over 90 days old: | $238,090.81 | – $24,630.08 | = ........→ | $213,460.73 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $244,660.73

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                   % of ownership:

    15.1. _____    _____%    _____    $_____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $_____

---

Debtor _____  Case number *(if known)*_____
       Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Cambridge Analytica LLC
_____    Case number *(if known)* __18-11500_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------|----------------------|----------------------|
| 39. **Office furniture** <br> Desks, chairs, tables, sofas, etc. | $_____ | _____ | See Global Notes |
| 40. **Office fixtures** <br> Various fixtures. | $_____ | _____ | See Global Notes__ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Laptops, servers, switches, screens/monitors, software, etc. | $_____ | _____ | See Global Notes__ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Painting - New York office | $_____ | _____ | _ See Global Notes |
| 42.2 Set of dress pattern artworks - DC office | $_____ | _____ | See Global Notes_ |
| 42.3 'Wow' print - DC office | $_____ | _____ | See Global Notes |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 207,980.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Cambridge Analytica LLC
        _____          Case number (if known) _18-11500_____
        Name

---

| **Part 8:** | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor  Cambridge Analytica LLC _____  Case number _(if known)_ ___18-11500_____
         Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office at 2511 Jefferson Davis Highway, Arlington, VA 22202 | 5.5 year lease | $ Unknown | | $ Unknown |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ Unknown

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☑ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademark (Standard Character Mark): "Cambridge Analytica" Serial #86883597 | $ Unknown | | $ Unknown |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Unknown

Debtor      Cambridge Analytica LLC
            Name                                                    Case number *(if known)* 18-11500

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☐ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____      _____  −  _____  = ➔   $_____
                                         Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   Net Operating Losses: $13,851,886                          Tax year  2017        $ Unknown
   Net Operating Losses: $7,029,692                           Tax year  2018 (YTD)  $ Unknown
   _____                           Tax year  _____   $_____

73. **Interests in insurance policies or annuities**

   _____                                                  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                                                  $_____

   **Nature of claim**          _____

   **Amount requested**         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                                                  $_____

   **Nature of claim**          _____

   **Amount requested**         $_____

76. **Trusts, equitable or future interests in property**

   _____                                                  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   _____                                                  $_____
   _____                                                  $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                              $ Unknown

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor    Cambridge Analytica LLC                                          Case number (if known)  18-11500
          _____
          Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,503.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 11,238.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 244,660.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ N/A | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ N/A | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ N/A | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 207,980.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ N/A | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................➜ | | $ Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unkown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ＋ $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 465,412.56 | ＋ 91b. $ Unknown |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................................  $ 465,412.56

---

**In re Cambridge Analytica LLC**

**Case No. 18-11500**

**Schedule A/B: Part 1, Question 3 - Checking, savings, money market, or financial brokerage accounts**

| Name of Institution (bank or brokerage firm) | Type of Account | Last 4 Digits of Account Number | Current Value of Debtor's Interest |
|---|---|---|---|
| Chase Bank | Business Checking | 7371 | $336.35 |
| Chase Bank | Reserve Checking | 7389 | N/A |
| Chase Bank | Business Savings | 2520 | N/A |
| City National Bank | Reserve Checking | 9782 | $773.00 |
| Chase Bank | Business Checking | 5512 | $225.81 |
| Chase Bank | Reserve Checking | 5513 | $167.92 |
| Chase Bank | Business Savings | 5579 | N/A |

**Fill in this information to identify the case:**

Debtor name _____ Cambridge Analytica LLC _____

United States Bankruptcy Court for the: _____ Southern _____ District of _____ NY _____
(State)

Case number (If known): _____ 18-11500 _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>_____ | Describe debtor's property that is subject to a lien<br>_____ | $ _____ | $ _____ |
| Creditor's mailing address<br>_____<br>_____ | _____<br>Describe the lien<br>_____ | | |
| Creditor's email address, if known<br>_____ | Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | | |
| Date debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Creditor's name<br>_____ | Describe debtor's property that is subject to a lien<br>_____ | $ _____ | $ _____ |
| Creditor's mailing address<br>_____<br>_____ | _____<br>Describe the lien<br>_____ | | |
| Creditor's email address, if known<br>_____ | Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | | |
| Date debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  _____<br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ _____

**Fill in this information to identify the case:**

Debtor _____Cambridge Analytica LLC_____

United States Bankruptcy Court for the: ___Southern District___ District of __New York__
                                                                                    (State)

Case number _____18-11500_____
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Cambridge Analytica LLC | Case number (if known) 18-11500 |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
See Schedule E/F: Part 2, Question 3 Attachment
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**

Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**

Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**

Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ $8,789,291.89 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ $8,789,291.89 |

**In re Cambridge Analytica LLC**

**Case No. 18-11500**

**Schedule E/F: Part 2, Question 3 – Creditors with Nonpriority Unsecured Claims**

| Nonpriority Creditor Name | Address | City | State (Country) | Zip | Date Debt Incurred | Last 4 Digits of Account Number | Contingent | Unliquidated | Disputed | Basis for claim | Claims subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Datawatch Systems | PO Box 79845 | Baltimore | MD | 21279 | 1/31/2018 | N/A | | | | Trade AP | No | $808.90 |
| LAZ Parking | PO Box 759311 | Baltimore | MD | 21275 | 2/13/2018 | N/A | | | | Trade AP | No | $750.00 |
| NET VIGOUR | PO Box 86 | Forest Hill | MD | 21050 | 3/1/2018 | N/A | | | | Trade AP | No | $4,533.80 |
| Presidential Tower Property LLC | PO Box 743746 | Atlanta | GA | 30374 | 1/1/2018 | N/A | | | | Office Lease | No | $10,654.19 |
| The District Communications Group, LLC | 216 12th Street SE | Washington | DC | 20003 | 4/22/2018 | N/A | | | | Trade AP | No | $4,825.00 |
| Emerdata Limited | 55 New Oxford Street | London | UK | WC1A 1BS | Various | N/A | | | | Loans and Arrears | Yes | $8,767,720.00 |
| SCL Elections Limited (in Administration)[1] | 55 New Oxford Street | London | UK | WC1A 1BS | Various | N/A | x | x | x | Loans and Arrears | Yes | Unknown |
| | | | | | | | | | | | Total: | $8,789,291.89 |

Footnote:
[1]: This entity is in administration proceedings in the United Kingdom and Vince Green of Crowe Clark Whitehill LLP has been appointed a the administrator by The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD).

**Fill in this information to identify the case:**

Debtor name    Cambridge Analytica LLC

United States Bankruptcy Court for the:    Southern    District of    NY
(State)

Case number (If known):    18-11500    Chapter    7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease (Arlington, VA) | Presidential Tower Property LLC |
| | State the term remaining | 55 Months (66 Month term) | c/o Beacon Capital Partners, LLC |
| | List the contract number of any government contract | | 200 State Street, 5th Floor |
| | | | Boston, MA 02109 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Payroll Services | Paychex Business Solutions |
| | | | 970 Lake Carillon Drive |
| | State the term remaining | N/A - Auto Renew | Suite 400 |
| | List the contract number of any government contract | | St Petersburg, FL 33716 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Data Monitoring Services | Datawatch |
| | | | 4401 East West Highway |
| | State the term remaining | 0 Months (1 Year Term) | Suite 500 |
| | List the contract number of any government contract | | Bethesda, MD 20814 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Enterprise Software | Deltek Inc. |
| | | | P.O Box 79581 |
| | State the term remaining | 10 Months (2 Year Term) | Baltimore, MD 21279 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | IT Support Services | Net Vigour |
| | | | P.O. Box 86 |
| | State the term remaining | 21 Months (2 Year Term) | Forest Hill, MD 21050 |
| | List the contract number of any government contract | | |

| Debtor | Cambridge Analytica LLC | Case number *(if known)* | 18-11500 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

Employee Parking

State the term remaining

Monthly Auto Renew

List the contract number of any government contract

LAZ Parking
1125 15th St NW
Suite 400
Washington, DC 20005

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name  Cambridge Analytica LLC

United States Bankruptcy Court for the: Southern _____ District of NY _____
(State)

Case number (If known): 18-11500 _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  SCL Elections Ltd. (In Administration) | 55 New Oxford Street <br> Street <br><br> London        United Kingdom    WC1A 1BS <br> City        State        ZIP Code | Presidential Tower Property LLC | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.2 | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Cambridge Analytica LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number (*If known*): ___18-11500___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/31/2018___          ✖ ___/s/ Julian Wheatland___
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

___Julian Wheatland___
Printed name

___Authorized Person___
Position or relationship to debtor