UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | Case No. 18-11500 (SHL) |
| CAMBRIDGE ANALYTICA LLC, *et. al.*, | : | (Joint Administration) |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF CHARLES BERK DISCLOSING NOTICE OF NAME CHANGE

STATE OF NEW YORK        )
                                         ) SS.:
COUNTY OF NEW YORK   )

CHARLES BERK, being duly sworn, deposes and says:

1. I am a Certified Public Accountant, licensed under the laws of the State of New York and I am a Senior Managing Director of CBIZ Accounting, Tax and Advisory of New York, LLC ("CBIZ NY"), with offices at 5 Bryant Park at 1065 Avenue of the Americas, New York, N.Y. 10018. The facts set forth in this Supplemental Declaration are personally known to me and, if called as a witness, I could and would testify thereto. CBIZ NY and its affiliates with offices throughout the country are wholly-owned subsidiaries of CBIZ, Inc. (collectively referred to as "CBIZ"). CBIZ is a full service business services firm.

2. Effective January 1, 2022, previously filed CBIZ NY retention and supplemental retention documents in these cases are amended as follows:

  a. CBIZ NY professionals, with respect to all matters related to CBIZ NY's service as the Chapter 7 Trustee's financial advisors in the above captioned cases, will become employees of CBIZ Forensic Consulting Group, LLC ("CBIZ FCG") with offices at 5 Bryant Park at 1065 Avenue of the Americas, New York, N.Y. 10018. CBIZ FCG is a wholly-owned subsidiary of CBIZ, Inc.

1

/s/*Charles Berk*  
Charles Berk  
Senior Managing Director  
CBIZ Accounting, Tax and  
Advisory of New York, LLC

Dated: December 23, 2021  
      New York, New York