**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Melanie A. FitzGerald, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                              Chapter 7

CAMBRIDGE ANALYTICA LLC, et al.,                                    Case No. 18-11500 (SHL)
                                                                    (Joint Administration)

               Debtors.
-------------------------------------------------------------x

**SUPPLEMENTAL AFFIDAVIT DISCLOSING INCREASE
IN HOURLY RATES EFFECTIVE APRIL 4, 2022**

STATE OF NEW YORK      )
                                      ss.:
COUNTY OF NASSAU       )

MELANIE A. FITZGERALD, ESQ., being duly sworn, deposes and says:

1. I am a partner in LaMonica Herbst & Maniscalco, LLP ("LH&M"), which maintains its offices at 3305 Jerusalem Avenue, Wantagh, New York 11793. I am duly admitted to practice law before this Court and the courts of the State of New York. I have personal knowledge of the facts set forth herein.

2. By Orders dated June 11, 2018 ("Employment Orders") [Case No. 18-11500, Dkt. No. 18; and Case No. 18-11501, Dkt. No 16], the Court approved the employment of LH&M as counsel to Salvatore LaMonica, the Chapter 7 Trustee of the estates of Cambridge Analytica LLC, aka Cambridge Analytica Commercial LLC, aka Cambridge Analytica Political LLC aka Anaxi Solutions Inc. and SCL USA Inc. ("Trustee"). Pursuant to Orders dated August 24, 2018, the above-captioned debtors' cases are being jointly administered under case no. 18-11501. See, e.g., Dkt. No. 68.

3. The Employment Orders each provide, in pertinent part, as follows:

1

> . . . prior to any increases in LH&M's rates for any individual retained by LH&M and providing services in this case, LH&M shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with § 330(a)(3)(F) of the Bankruptcy Code and state whether the Trustee has consented to the rate increase.

See Dkt. No. 18 at p. 2.

4. In accordance with the Employment Order, I submit this Supplemental Affidavit disclosing the following increases in certain of LH&M's hourly rates effective as of April 4, 2022:

| **Name** | **Title** | **Current Hourly Rate** | **New Hourly Rate** |
|---|---|---|---|
| Adam P. Wofse, Esq. | Partner | $525.00 | $575.00 |
| David A. Blansky, Esq. | Partner | $550.00 | $575.00 |
| Melanie A. FitzGerald, Esq. | Partner | $525.00 | $595.00 |
| Holly R. Holecek, Esq. | Partner | $475.00 | $525.00 |
| Jacqulyn S. Loftin, Esq. | Partner | $475.00 | $525.00 |
| Danielle George | Paralegal | $200.00 | $225.00 |

5. LH&M has not increased its rates since the first quarter of 2021. After careful consideration, LH&M determined to increase certain of its hourly rates based upon, inter alia, increased operating costs, insurance costs, employee costs and expenses. LH&M submits that such rate increases are reasonable and necessary, especially given the rise in costs and expenses that LH&M has incurred. Moreover, the rate increases are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11 of the United States Code.

6. The Trustee was advised of and consented to the rate increases set forth herein.

7. Based on the forgoing, I believe that LH&M's new hourly rates set forth herein are reasonable and customary.

*s/Melanie A. FitzGerald*
Melanie A. FitzGerald

Sworn to before me this 18th day of March 2022

*s/ Denise Bisagni*
Denise Bisagni
Notary Public, State of New York
No. 01B16256398
Qualified in Suffolk County
Commission Expires February 27, 2024